AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>ALEX BEN CHIPIN, a/k/a Alex Ben-Chiping, a/k/a Alex Bing-Chiping, a/k/a Antonio Lopez-Mendez,<br><br>Defendant | )<br>)<br>)  Case No.  5:25-MJ- 269    (TWD)<br>)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about September 4, 2025 in the county of Cayuga in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Reentry of Removed Alien |

This criminal complaint is based on these facts:
**See Attachment**

☒    Continued on the attached sheet.

_____
*Complainant's signature*

**Foster Rubinstein, Border Patrol Agent**
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: __Sept 8, 2025__

_____
*Judge's signature*

City and State:   __Syracuse, New York__      **Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge**
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I am an agent with Customs and Border Protection, assigned to the United States Border Patrol. I have been working in this capacity for approximately 2 years. I make this affidavit in support of a criminal complaint for a violation of Title 8, United States Code, Section 1326(a) against ALEX BEN CHIPIN, a/k/a Alex Ben-Chiping, a/k/a Alex Bing-Chiping, a/k/a Antonio Lopez-Mendez. This affidavit is based upon information I reviewed and/or received from law enforcement colleagues and immigration database checks. It sets forth probable cause regarding the alleged offense but does not set forth all information known to law enforcement regarding the Subject.

2. On September 4, 2025, Alex Ben Chipin was encountered at the Nutrition Bar Confectioners (NBC) facility at 12351 State Route 34, Cato, New York (Cayuga County) during the execution of a federal search warrant as part of an HSI-led investigation. While on-scene, Agents determined that Alex Ben Chipin is a citizen of Guatemala and is present in the United States illegally. Alex Ben Chipin was transported to the Oswego Border Patrol Station for further processing.

3. At the Oswego Border Patrol Station, record checks revealed that Alex Ben Chipin illegally crossed into the United States and was arrested on 9/12/2012 by immigration officials near Eagle Pass, Texas. He received a final order of removal on 9/12/2012. On 9/21/2012, Alex Ben Chipin was removed from the United States through the Del Rio, Texas Intl Bridge to Mexico, based on his false claim to be from Mexico, and while using the false name of Antonio Lopez-Mendez.

4. Alex Ben Chipin subsequently illegally crossed back into the United States, and he was arrested on 5/05/2018 by immigration officials near Sasabe, Arizona. Alex Ben Chipin received a final order of removal on 5/06/2018. On 8/03/2018, he was removed from the United States on an ICE flight from Pheonix, Arizona to Guatemala. Immigration records show that Alex Ben Chipin has also been identified by immigration authorities as Alex Ben-Chiping and as Alex Bing-Chiping, though records checks confirm he is the same individual: ALEX BEN CHIPIN, a/k/a Alex Ben-Chiping, a/k/a Alex Bing-Chiping, a/k/a Antonio Lopez-Mendez.

5. Records checks confirm that Alex Ben Chipin has never applied for or received permission to reenter the United States from the Attorney General or the Secretary of the Department of Homeland Security, after being removed on 8/03/2018.

6. Based on the records of the Department of Homeland Security, as well as the defendant's presence in Cato, New York on September 4, 2025, there is probable cause to conclude that the defendant illegally reentered the United States subsequent to his removal on 8/03/2018, without the express permission of the Attorney General or Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).